UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:12-cr-129 |
| | ) | |
| v. | ) | |
| | ) | MATTICE / LEE |
| MELINDA ADAMS | ) | |

**O R D E R**

Magistrate Judge Susan K. Lee filed a report and recommendation recommending the Court:

(1) grant Defendant's motion to withdraw her not guilty plea to Count One of the six-count Second

Superseding Indictment; (2) accept Defendant's plea of guilty to Count One of the Second

Superseding Indictment; (3) adjudicate Defendant guilty of the charges set forth in Count One of the

Second Superseding Indictment; (4) defer a decision on whether to accept the plea agreement until

sentencing; and (5) find Defendant shall remain in custody until sentencing in this matter [Doc. 250].

Neither party filed a timely objection to the report and recommendation.  After reviewing the record,

the Court agrees with the magistrate judge's report and recommendation.  Accordingly, the Court

**ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 250] pursuant

to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1)     Defendant's motion to withdraw her not guilty plea to Count One of the Second

        Superseding Indictment is **GRANTED**;

(2)     Defendant's plea of guilty to Count One of the Second Superseding Indictment is

        **ACCEPTED**;

(3)     Defendant is hereby **ADJUDGED** guilty of the charges set forth in Count One of the

Second Superseding Indictment;

(4)     A decision on whether to accept the plea agreement is **DEFERRED** until sentencing;

and

(5)     Defendant **SHALL REMAIN** in custody until sentencing in this matter which is

scheduled to take place on **Monday, October 7, 2013 at 9:00 a.m. [EASTERN]**

before the Honorable Harry S. Mattice, Jr.

**SO ORDERED.**

**ENTER:**

*/s/Harry S. Mattice, Jr.*
HARRY S. MATTICE, JR.
UNITED STATES DISTRICT JUDGE

2